FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 MAR 29 AM 9: 02
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RICKY D. ARNOLD,

    Petitioner,

v.

WARDEN HILTON HALL, JR.,

    Respondent.

CASE NO. CV415-059

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which objections have been filed (Doc. 11; Doc. 12). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2254 Petition is **DISMISSED**.[1] In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of March 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As part of his objections, Petitioner filed a Motion for Equitable Tolling. (Doc. 11.) Because this Court has adopted the Magistrate Judge's recommendation that Petitioner is not entitled to equitable tolling, Petitioner's motion is **DENIED**.