FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 MAR 29 AM 9:02

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RICKY D. ARNOLD, )
)
    Petitioner, )
)
v. ) CASE NO. CV415-059
)
WARDEN HILTON HALL, JR., )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which objections have been filed (Doc. 11; Doc. 12). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2254 Petition is **DISMISSED**.[1] In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of March 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As part of his objections, Petitioner filed a Motion for Equitable Tolling. (Doc. 11.) Because this Court has adopted the Magistrate Judge's recommendation that Petitioner is not entitled to equitable tolling, Petitioner's motion is **DENIED**.